419 A.2d 194

Commonwealth v. Mujevic, Appellant.

Submitted March 12, 1979. Anthony S. Federico, Jr., for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ. Judgment of sentence is affirmed.

LIPEZ, J. concurred in the result.